UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 11-3440/12-1027/12-1936


NATIONAL LABOR RELATIONS BOARD,
Petitioner


1199 SEIU UNITED HEALTHCARE WORKERS EAST, N.J. REGION,
Intervenor

v.

NEW VISTA NURSING AND REHABILITATION,
Respondent


**SUR PETITION FOR PANEL REHEARING**
_____

Before:  SMITH, GREENAWAY, Jr., and VAN ANTWERPEN, *Circuit Judges*
_____

AND NOW, upon consideration of the petition for rehearing, the supplement to the petition, and the answer filed by New Vista, it is hereby ORDERED that the NLRB's petition for rehearing before the original panel is GRANTED.

By the Court,

s/ D. Brooks Smith
Circuit Judge


Dated: August 11, 2014
Tmk/cc: all counsel of record